■ OTTO POLLAK v. JUAN NEGRIN, JR.— Motion granted upon condition that the appellant procures the appellant's points to be served and filed on or before April 2, 1959, with notice of argument for April 14, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ WALTER P. REUTHER, as President, etc. v. MICHAEL GORDON, as President, etc., et al.— Motion denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ NECO DISTRIBUTORS CORP. v. DAVID L. WILKOFF et al.— Motion granted insofar as to extend the time of plaintiff-respondent within which to serve an amended complaint for an additional 10 days from the entry of the order herein. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

## (March 30, 1959)

■ In the Matter of the Arbitration between GAYLEY MILL CORPORATION and PRINCETON RAYON CORP.— Orders of this court, entered on March 26, 1959, amended so as to further enlarge the time of respondent-appellant to procure the record on appeal and appellant's points to be served and filed up to and including April 16, 1959, with notice of argument for April 28, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of WILLIAM A. STROUD et al., Petitioners, against BIRDIE AMSTERDAM, as Justice of the Supreme Court, et al., Respondents.— Cross motion granted and the petition is dismissed. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.